IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**DONNIE EARL BAYLOR**                                                             **PLAINTIFF**

**VS.**                                          **CIVIL ACTION NO. 4:05CV7LS**

**GINA ANDERSON, TERRI STEWART
and MAJOR KIM REECE**                                      **DEFENDANTS**

### ORDER

This matter came before the court on the Plaintiff's Motion for Subpoenas. The court has reviewed the docket and noted that summonses were only recently issued in this matter, and the Defendants have not yet answered the Complaint. Therefore, any request for discovery is premature. Once the Defendants have answered, this matter will be ready for an omnibus hearing, which will be set on the court's earliest available hearing date. At that hearing, the Plaintiff will have an opportunity to orally explain his claims, and the court will determine what discovery will help the Plaintiff advance his claims.

IT IS, THEREFORE, ORDERED, that the Plaintiff's Motion for Subpoenas is hereby **denied**.

IT IS SO ORDERED, this the 10th day of April, 2006.

                                                          S/James C. Sumner
                                        UNITED STATES MAGISTRATE JUDGE