IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**DONNIE EARL BAYLOR**                                                                 **PLAINTIFF**

**VS.**                                                                  **CIVIL ACTION NO. 4:06cv7 TSL-LRA**

**GINA ANDERSON, TERRI STEWART,**
**MAJOR KIM REECE AND ALLEAN JONES**                         **DEFENDANTS**

## JUDGMENT

This matter having come on to be heard on this date upon the report and recommendation of United States Magistrate Judge entered in this cause on June 4, 2007, and the court, after a full review of the record, having adopted said report and recommendation as the finding of this court by order dated this day, finds that this matter should be dismissed without prejudice due to plaintiff's failure to prosecute.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above described action be, and the same is hereby, dismissed without prejudice.

SO ORDERED this the 25th day of June, 2007.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE